Matter of Law Off. of Cyrus Joubin, Esq. v Manhattan Dist. Attorney's Off. (2025 NY Slip Op 00047)

Matter of Law Off. of Cyrus Joubin, Esq. v Manhattan Dist. Attorney's Off.

2025 NY Slip Op 00047

Decided on January 07, 2025

Appellate Division, First Department

Published by New York State Law Reporting Bureau pursuant to Judiciary Law § 431.

This opinion is uncorrected and subject to revision before publication in the Official Reports.

Decided and Entered: January 07, 2025

Before: Singh, J.P., Kapnick, Scarpulla, Pitt-Burke, O'Neill Levy, JJ. 

Index No. 158134/23 Appeal No. 3399 Case No. 2024-02152 

[*1]In the Matter of Law Office of Cyrus Joubin, Esq., Petitioner-Appellant,
v
Manhattan District Attorney's Office, Respondent-Respondent.

Cyrus Joubin, New York, for appellant.
Alvin L. Bragg, Jr., District Attorney, New York (Philip V. Tisne of counsel), for respondent.

Judgment (denominated an order), Supreme Court, New York County (Nicholas W. Moyne, J.), entered March 11, 2024, denying the petition to annul a determination of respondent, dated June 23, 2023, which upheld its Records Access Officer's denial of petitioner's Freedom of Information Law request for access to a DA Datasheet for one of petitioner's clients, and for an order directing respondent to produce the DA Datasheet, and dismissing the proceeding brought pursuant to CPLR article 78, unanimously affirmed, without costs.
The court properly concluded, after an in camera inspection, that the subject datasheet constituted attorney work product protected from disclosure by CPLR 3101(c) (Public Officers Law §87[2][a]), and that it need not be disclosed subject to redactions (see Matter of Stengel v Vance, 198 AD3d 434, 434 [1st Dept 2021]).
THIS CONSTITUTES THE DECISION AND ORDER OF THE SUPREME COURT, APPELLATE DIVISION, FIRST DEPARTMENT.
ENTERED: January 7, 2025